**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MICHAEL SCHRINER & ROBIN SCHRINER (H/W) | : No. 232 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| ONE BEACON INSURANCE COMPANY D/B/A ONE BEACON GROUP AND LOOKER, WOLFE & GEPHART INSURANCE AGENCY AND DAVID W. KNAUER, ESQUIRE AND KNAUER & ASSOCIATES, LSC CUNNINGHAM & CHERNICOFF, PC AND JORDAN D. CUNNINGHAM, ESQUIRE | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  MICHAEL SCHRINER & ROBIN SCHRINER (H/W) | : |
| | : |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.